**R. REX PARRIS LAW FIRM**
R. Rex Parris, Esq. (SBN 96567)
    Email: rrparris@rrexparris.com
Alexander R. Wheeler, Esq. (SBN 239541)
    Email: awheeler@rrexparris.com
Jason P. Fowler, Esq. (SBN 239426)
    Email: jfowler@rrexparris.com
Kitty Szeto, Esq. (SBN 258136)
    Email: kszeto@rrexparris.com
Douglas Han Esq. (SBN 232858)
    Email: dhan@rrexparris.com
42220 10th Street West, Suite 109
Lancaster, California 93534
Telephone: (661) 949-2595
Facsimile: (661) 949-7524

Attorneys for Plaintiff and the Proposed Class

**SEYFARTH SHAW LLP**
Alfred L. Sanderson, Jr., Esq. (SBN 186071)
    Email: asanderson@seyfarth.com
Lindsay S. Fitch, Esq. (SBN 238227)
    Email: lfitch@seyfarth.com
Sophia Kwan, Esq. (SBN 257666)
    Email: skwan@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ASUSENA AVALOS, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FOSTER POULTRY FARMS, INC., a California Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 1:11-cv-00611-LJO-MJS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER CONTINUING THE HEARING AND BRIEFING SCHEDULE ON DEFENDANT FOSTER POULTRY FARMS, INC.'S MOTION TO DISMISS**<br><br>Date:       May 26, 2011<br>Time:       8:30 a.m.<br>Courtroom: 4<br><br>[Honorable Lawrence J. O'Neill] |

Plaintiff Asusena Avalos ("Plaintiff"), on behalf of herself and on behalf of all others similarly situated, and Defendant Foster Poultry Farms, Inc. ("Defendant"), by and through their respective attorneys of record, hereby stipulate as follows:

**WHEREAS**, on April 14, 2011, Defendant removed Plaintiff's state court complaint to this Court pursuant to 28 U.S.C. §§ 1332(d) and 1441;

**WHEREAS**, on April 21, 2011 Defendant filed a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), with a hearing date set on May 26, 2011 before this Court;

**WHEREAS**, on May 9, 2011, Plaintiff, contending this Court lacks subject matter jurisdiction, filed a Motion to Remand this case back to Fresno County Superior Court;

**WHEREAS**, Plaintiff's Motion to Remand was transferred to Magistrate Judge Seng and set for hearing on June 17, 2011, after the hearing date on Defendant's Motion to Dismiss;

**WHEREAS**, the parties have agreed to continue the hearing on Defendant's Motion to Dismiss from May 26, 2011 to June 30, 2011 to allow a ruling on Plaintiff's Motion to Remand prior to the hearing on Defendant's Motion to Dismiss;

**WHEREAS**, the parties also agree to a new briefing schedule for Plaintiff's memorandum in opposition to Defendant's Motion to Dismiss and Defendant's reply memorandum in support of its Motion to Dismiss in accordance with the Eastern District of California Local Rule 230 based upon the new hearing date of June 30, 2011; and

**WHEREAS**, no prior extensions of time have been requested or granted.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

**IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:**

1. Defendant's Motion to Dismiss shall be heard on June 30, 2011 at 8:30 a.m. before the Honorable Lawrence J. O'Neill in Courtroom 4 of the above-entitled court;

2. Plaintiff shall file her memorandum in opposition to Defendant's Motion to Dismiss no later than June 16, 2011; and

3. Defendant shall file its reply memorandum in support of its Motion to Dismiss no later than June 23, 2011.

DATED:  May 13, 2011                    **R. REX PARRIS LAW FIRM**

                                        */s/ Alexander R. Wheeler*
                                        By: _____
                                        Alexander R. Wheeler
                                        Attorneys for Plaintiff and the
                                        Putative Class

DATED:  May 13, 2011                    **SEYFARTH SHAW LLP**

                                        */s/ Alfred L. Sanderson*
                                        By: _____
                                        Alfred L. Sanderson
                                        Attorneys for Defendant

**ORDER**

Pursuant to the above Stipulation and good cause showing,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss shall be heard on June 30, 2011 at 8:30 a.m. before the Honorable Lawrence J. O'Neill in Courtroom 4 of the above-entitled court;

2. Plaintiff shall file her memorandum in opposition to Defendant's Motion to Dismiss no later than June 16, 2011; and

3. Defendant shall file its reply memorandum in support of its Motion to Dismiss no later than June 23, 2011.

IT IS SO ORDERED.

Dated:  **May 13, 2011**                  /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE